UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVEL ENTERTAINMENT, INC. f/k/a
MARVEL ENTERPRISES, INC., a
Delaware corporation, and MARVEL
CHARACTERS, INC., a Delaware corporation,

                      Plaintiffs,

      -against-

KELLYTOY (USA), INC.,

                      Defendant.

Docket No. 08 CV 2924 (DC)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-17-09
```

## [PROPOSED] REVISED SCHEDULING ORDER

DENNY CHIN, District Judge:

The parties having conferred and jointly requested an extension of time to complete discovery in this matter, the following discovery deadlines shall govern this case:

1.    The conference scheduled for April 17, 2009 shall be adjourned to 6/26, 2009, at noon.

2.    The 30(b)(6) deposition of Plaintiffs shall take place on May 5, 2009.

3.    All other fact discovery, including non-party discovery shall be completed by June 15, 2009.

4.    At the conclusion of discovery, the parties will mediate this dispute with the Court.

Dated:    New York, New York
            April 16 2009

                                                      Denny Chin
                                                      United States District Judge

604677-1